**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:94cr3028LAC

CRAIG FLEMING

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 27, 2006
Motion/Pleadings:  MOTION UNDER RULE 60(B)(6) OF THE FRCvP WITH MEMO
Filed by DEFENDANT PRO SE     on 1/17/06     Doc.# 312
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                              s/Mary Maloy
                                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) A Rule 2255 motion remains a 2255 motion regardless of how it is attempted to be disguised.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.