# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:94cr3028LAC

CRAIG FLEMING

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  FEBRUARY 14, 2006

Motion/Pleadings: MOTION TO AMEND PURSUANT TO 15(A) OF THE FRCvP, MOVANT'S RULE 60(B) MOTION

Filed by DEFENDANT PRO SE   on 1/30/06   Doc.# 314

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/L.A. Collier

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.