**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                              CASE NO.  3:94cr3028 LAC

CRAIG FLEMING

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____APRIL 4, 2008_____
Motion/Pleadings:__MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by _DEFENDANT PRO SE_____ on _4/3/2008_____ Doc.# _316_____

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              s/Mary Maloy
LC (1 OR 2)                                   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) The defendant is serving a statutory mandatory minimum term or Life imprisonment. Even if the underlying guideline range were reduced, his guideline sentence remains at Life.  Also, the facts reflect the offense conduct involved well in excess of 4.5 kilograms of cocaine base.*

                                              s/*L.A. Collier*
                                              ***LACEY A. COLLIER***
                                              ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.